_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 22, 2021

---

REBEKAH L. RINI, ESQ.
Nevada Bar No.: 10855
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Tel:  (702) 471-5618
Fax:  (702) 385-4640
*Attorneys for Plaintiff/Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

In re:

CARMELO ELMER GURANGO ESCOLANO

TRACY RENEE GERALDO

Debtor(s).

Case No. BK-S-18-10974-MKN
CHAPTER 13

Date: January 13, 2021
Time: 2:30 p.m.

## ORDER GRANTING DEBTOR'S AMENDED MOTION TO APPROVE EMPLOYMENT OF EDWARD M. BERNSTEIN & ASSOCIATES AS SPECIAL COUNSEL, NUNC PRO TUNC, ON A CONTINGENCY FEE BASIS AND AFFIDAVIT OF REBEKAH L. RINI, ESQ.

Upon Debtor's Amended Motion to Approve Employment of Edward M. Bernstein & Associates as Special Counsel, *Nunc Pro Tunc*, on a Contingent Fee Basis, and Affidavit of Rebekah L. Rini, Esq., having come on for hearing on the date and time above-captioned; notice of said Motion having been properly given; and Rick Yarnall, Esq., Bankruptcy Trustee, the Court having read the pleadings and papers on the file herein, having heard oral argument, and good cause appearing therefore;

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

1

IT IS HEREBY ORDERED that the "Debtor's Amended Motion to Approve Employment of Edward M. Bernstein & Associates as Special Counsel, *Nunc Pro Tunc*, on a Contingency Fee Basis" is **GRANTED**.

IT IS FURTHER ORDERED that any PPD award accepted will be contingent on approval by this Court.

## CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects that court's ruling and that:

__ The court has waived the requirement of approval under LR9021(b)(1).

__ No party appeared at the hearing or filed an objection to the motion.

__ I have delivered a copy of this proposed order to all who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

_X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

EDWARD M. BERNSTEIN & ASSOCIATES

/s/ _____

REBEKAH L. RINI, ESQ.
Nevada Bar No. 10855
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Tel:   (702) 471-5618
Fax:   (702) 385-4640
*Attorney for Plaintiff/Debtor*
Approved as to form and content:

/s/ Rick Yarnall, Esq.

_____

Rick Yarnall, Esq.
Chapter 13 Trustee
701 E. Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Phone: 702-853-4500
Fax: 702-853-4513

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

3